**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No:   05-61695 |
| JAMES D THURMAN JR | |
| 1099 E COLLEGE | Judge:   John E. Hoffman Jr. |
| WESTERVILLE, OH  43081 | |

SSN(S):     XXX-XX-8481

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated:   April 20, 2010 | /s/ Frank M. Pees |
| | Frank M. Pees |
| | Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| JAMES D THURMAN JR | 0.15 |
| 1099 E COLLEGE | |
| WESTERVILLE, OH  43081 | |